■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH MURRAY, Appellant.—Judgment unanimously reversed on the law and indictment dismissed. Memorandum:

The conviction of attempted assault in the second degree (Penal Law § 120.05 [3]) must be reversed because "the crime * * * is a legal impossibility" *(People v Campbell,* 72 NY2d 602, 607). (Appeal from judgment of Genesee County Court, Morton, J.—attempted assault, second degree.) Present—Dillon, P. J., Callahan, Green, Pine and Lawton, JJ.